**NORTH AMERICAN OIL CONSOLIDATED, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 6599.

Circuit Court of Appeals, Ninth Circuit.

Aug. 29, 1931.

Before WILBUR and SAWTELLE, Circuit Judges.

PER CURIAM.

Upon motion of counsel for respondent, consented to by counsel for petitioner, ordered petition to review of North American Oil Consolidated dismissed; mandate forthwith.